# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| A.B. WRIGHT, | PETITIONER |
| V. | NO. 4:07CV132-P-B |
| RAYMOND BYRD, et al., | RESPONDENTS |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice. Petitioner's motion to hold in abeyance (docket entry 7) is also DENIED.

**IT IS SO ORDERED.**

THIS the 28th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE